TONY WEST
Assistant Attorney General, Civil Division          JS-6
ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation, District Court Section
REGAN HILDEBRAND
Trial Attorney, District Court Section
Missouri Bar No. 57438
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3797
Facsimile: (202) 616-8962
Email: Regan.Hildebrand@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| MOJTABA HAJI KHODAVERDIKHAN,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES; ET AL.,<br><br>    Defendants | Case No. 2:10-cv-09117-PA-AJW<br><br>ORDER RE:<br>JOINT STIPULATION TO DISMISS |

It is Hereby Ordered that the parties' JOINT STIPULATION TO DISMISS is granted and the Plaintiffs' case is dismissed.

DATE: March 8, 2011        _____
                           Honorable Percy Anderson
                           United States District Court Judge

-1-